UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE L. NELSON,

     Plaintiff,

                                    Case No. 1:21-cv-593

v.

                                    HON. JANE M. BECKERING

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.
_____/

## ORDER

     Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 25, 2022 (ECF No. 15), recommending that this Court affirm the Commissioner's decision.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

     **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is AFFIRMED.

     A Judgment will be entered consistent with this Order.

Dated:  June 9, 2022                         _/s/ Jane M. Beckering_____
                                      JANE M. BECKERING
                                      United States District Judge